**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-619**

---

In Re: DARLENE SCHMIDT,

Petitioner.

---

On Petition for Writ of Mandamus. (CA-91-2802-3-17)

---

Submitted:  August 12, 1997      Decided:  September 10, 1997

---

Before MURNAGHAN, WILLIAMS, and MICHAEL, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Darlene Schmidt, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darlene Schmidt petitions this court for a Writ of Mandamus directing South Carolina's district court judges to cease reliance on "cult law," declaring cult law invalid, and reversing a district court order dismissing her civil action. A party seeking mandamus relief must show that her right to the relief sought is "clear and indisputable." In re Beard, 811 F.2d 818, 827 (4th Cir. 1987). To the extent that Schmidt has standing to seek the relief requested, we find that she has failed to demonstrate that she is indisputably entitled to it. Also, mandamus relief is only appropriate where the petitioner shows that no other means of relief is available. Id. at 826. To the extent that Schmidt seeks a reversal of a decision of the district court, she has failed to demonstrate why she could not have sought such relief on appeal.

Accordingly, we grant leave to proceed in forma pauperis but the petition for a Writ of Mandamus is denied.

PETITION DENIED